1

**LAW OFFICES OF LINDA A. KING**
2044 First Ave., Suite 200
San Diego, CA 92101-2079
(619) 233-8034  FAX (619) 233-4516
State Bar No. 087138

Attorney for ___Material Witness___

FILED

2006 DEC -1  AM 9:19

CLERK US ...
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) Crim. Case No: 06CR0980 |
| Plantiff, | ) Magis. Case No: 06MG0741 |
| | ) |
| vs. | ) Ex Parte Application and |
| | ) Order to Exonerate the |
| | ) Appearance Bond for the |
| | ) Material Witness |
| ORLANDO LOPEZ-BECERRA | ) |
| Defendent | ) |
| | ) |

**EX PARTE APPLICATION**

   This Ex Parte Application and Order to Exonerate the Appearance Bond is submitted in connection with Dolores Lopez-Perez, the Material Witness for this case.

   This Application is made after authorization was obtained from the Office of the United States Attorney to remand the the material witness to the United States Bureau of Customs and Border Protection, and after the Material Witness was remanded to the custody of the United States Bureau of Customs and Border Protection for a voluntary return to Mexico.

On behalf of the Material Witness and the surety who signed the Appearance Bond for the Material Witness, I respectfully request the court exonerate the Material Witness Bond, and return the cash deposit in the amount of  $500.00  currently on deposit to the Court securing the Material Witness bond.

Date:   October 21, 2006          Linda A. King
                                                 Attorney for the Material Witness

ORDER

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00 which secured the presence of the Material Witness    Dolores Lopez-Perez be exonerated forthwith, and the cash deposit of $500.00 be returned to the surety at the following address:

         Isabel Perez
         13206 18th Street
         Chino, CA 91710

Date:  12/01/06          _____
                                              United States Magistrate Judge